**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>GUSTAVO REYES-SALINAS, and      )<br>FRANCISCO COTA-GOMEZ,              )<br>                                                             )<br>            Defendants.                         )<br>_____) | Case No.  2:13-cr-00273-JAD-CWH<br><br>**ORDER** |

       This matter is before the Court on Defendant Francisco Cota-Gomez' Motions for Joinder (#39) and (#40), filed April 22, 2014.  Cota-Gomez seeks to join the motion to suppress (#37) and (#38) filed by co-Defendant Gustavo Reyes-Salinas.  The undersigned has reviewed the motions and will grant the requested joinders.  Accordingly,

       **IT IS HEREBY ORDERED** that Defendant Francisco Cota-Gomez' Motions for Joinder (#39) and (#40) are **granted**.

       DATED: April 22, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**